UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

THE UNITED STATES OF AMERICA



v.

11 M 2049

ARANKA MORO,
             Defendant.

ORDER
of
DISMISSAL

On June 10, 2011 the parties appeared before Magistrate Judge H. Kenneth Schroeder, in Magistrate Judge Hugh B. Scott's absence, for a detention hearing. The defendant did not object to the Government's motion for detention and waived her right to a detention hearing. The defendant also waived her right to a preliminary hearing.

The Court then issued a conditional order of dismissal without prejudice pursuant to Rule 48(b) to become effective 7/22/11.

On July 22, 2011 Assistant United States Attorney, Eric M. Opanga, filed a Notice of Motion and Motion to Vacate Rule 489b) Dismissal Order. (Doc. #4)

The Government's motion is denied. It is hereby ORDERED that the Criminal Complaint is dismissed without prejudice pursuant to Rule 48(b) as a plea agreement has not been consummated nor has the case been indicted nor has a Rule 20 transfer been effectuated.

_____
HUGH B. SCOTT
United States Magistrate Judge

DATED:   July 28, 2011
         Buffalo, NY